PACKER et al. v. VAN WAGENEN et al. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by Lynn B. Packer and another against John R.

Van Wagenen and another, as executors, etc., and others. No opinion. Judgment and order unanimously affirmed, with one bill of costs in favor of the respondents, who are executors, against the plaintiffs, and one bill of costs in favor of the respondent McMahon, payable out of the estate.